Rec'd 6/16/15 KW

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 JUN 16 PM 3:53
CLERK'S OFFICE
AT BALTIMORE
BY________DEPUTY

FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

David michael montgomery
ID# 412797 SID# 2405284
13800 McMullen Highway, SW
Cumberland MD 21502
(Full name, prison identification number and address of the plaintiff)

v.

Civil Action No. ELH-15-1772
(Leave blank on initial filing to be filled in by Court.)

Animatian [redacted] AdVenteRs
ComputeR Game Iternet
OweR ? All Viwers
Addresses don't Know ?
(Full name and address of the defendant(s))

COMPLAINT

**I. Previous lawsuits**

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐ NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: ____________________

Defendant(s): ____________________

2. Court (if a federal court name the district; if a state court name the city or county): ______

3. Case No.: ______

4. Date filed: ______

5. Name of judge that handled the case: ______

6. Disposition (won, dismissed, still pending, on appeal): ______

7. Date of disposition: ______

II. **Administrative proceedings**

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐ NO ☑

1. If you answered YES:

a. What was the result? ______

b. Did you appeal?

YES ☐ NO ☑

2. If you answered NO to either of the questions above, explain why:

This Situation aint a Situation that goes through a grievance or ARP

III. **Statement of claim**

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Do To my Constitutional Right's have been Violated Do Amendment's #'s ? Because my Ideas being Stolen and doTo me being in the Game ANmation Adventer's Inter game me being on Camera #24-7 Violation of my privacy were I am at When I am using the Bath Room in the Shower ECT and were I am at Don't have Camera's on me at all.

IV. Relief

(State briefly what you want the Court to do for you.)

To have me be the owner of Amantion AdvenTer's and #1 million Dollaer's money Tourt Claim

SIGNED THIS 6 day of, June 2015.

David Michael Montgomery

(original signature of plaintiff)

ID# 412797 SID# 2405284
13800 McMullen Highway SW
Cumberland MD 21502

(address of plaintiff)

Statement of Claim Civil case

Page #1

I done wrote my Lawyer's and Criminal Judge's about lying on To the Game and Seeing the proof and with false people Robbing me Killing me in the Game and Taken advantage of Blinding me in the Game people Saying That there the owner lying and every thing is on video and Camera So The Truth Be Told and Copy Right and paten patent's prove the Truth.

The Game is the best ever and I even Said To all that no one could use my power's or Idea's again me or if they don't have Them then they have To earn Them I even Today Brought fourt the Android Idea To the Amazon adventer's Game Today under my phone David Montgomery (443)535-3426 it's on Camera and Record I Tryed To Send every one a copy of all The proof.

Please See To it That this Situation is very Important to me Mr. Montgomery But any way I Just needed help Cause I can't do This By my self I need Legal Service's Please ASAP Paten Inc and Copy Right also life lock and Idea Inc.

I even let these people know about

ATTORNEY
Alexander Crickshank
101 N Court Street
Westminster MD 21157

Attorney
Heather B Nelson
Niles Barton & Wilmer
111 South Calvert Street Suite 1400
Baltimore Maryland 21202

Attorney
Melissa McDonnell
Assistant Public Defender
300 West Preston Street Room 213
Baltimore Maryland 21201

Attorney
Edward P Parent
Silverman Thompson Slutkin White
201 North Charles Street
26th Floor
Baltimore Maryland 21201

Judge
Thomas F Stansfield
55 North Court Street
Westminster Maryland 21157

Statement of Claim Civil Case

page #2 Judge
Ellen Lipton Hollander
101 West Lombard Street
Baltimore Maryland 21201

Judge
Michael M Galloway
55 North Court Street
Westminster Maryland 21157

I done wrote the letter to Ms. Lipton I ment to say ms. Heather about my Situation and Dealing with these Ideas and Protection I had do to every day the people keep saying they own it and Et Check it out you'll see all my proof Ammunition Adventers on the computer.

But any way these people cant earn there own they keep all the world against me Turning against me. I earned my and came up with my Ideas and people's All around the world is stealing them. I am Sure The court's Will understand

In game I Iam the one that has All killing Beison's for The game owner

Respectfully Submitted

[illegible] Montgomery
ID# 412-597 Sid# 240
13800 McMullen Highway SW
Cumberland Maryland 21502