10 8 2026

page #1

courts clerk
District Federal courts
#101 w lombard st
Baltimore MD 21043-4377

9-10-2026
New case or
open up montgomery
vs State of MD

David Michael Montgomery
Io# 412797 Sid# 2405626
#7555 Water Loo Road
Jessup MD 20794
L-2-G

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY [illegible] OCT 13 2026
FILED ENTERED
LOGGED RECEIVED

I am Respectfully writing to the courts do to my situation that started back in 2015. When I was at WCI. Thats when I saw mr. Webber the supervisor of mental mental health at that time. Also I Had Judge Ellen L. Hollander in Baltimore City Federal court.

Well do to some kind of technology that was put on me at some point of time. That when I stated to the supervisor in his office that I had a dream. I woke up seeing Hearing

and talking to things. That's when I thought of my own Game Idea and do to what ever the technology was that Game Idea Really Happened.

I was up for #3 days thinking of things that I wanted together in this Game.

The Name Animation Adventures, is the Name I gave the Internet web site back in #2015.

Remember in my mind this is Real and it Really Happened No Not Just Delusional.

Because I was Seeing Hearing and Talking to things. Yes even with those #3 Days I Stayed up in my Cell. I had wrote #100 pages miscelance to the Circuit Court for Carroll County for the Record Having Caritors in the Game.

Judge my Idea was Every thing in the World A Through Z and out Above Sky Level Below Sea Level Every thing Infinity

page#2

New Creation Animation 9-10-2026
Adventures.com!

☆ Now yes this is Delusional to other people's eyes OK. But I am telling the truth Judge I took over the Technology do to what ever type of Technology it is that been placed on me.

It's some thing not just a bold face lie I am making this up Judge.

☆ I want the best lawyer in the world to be appointed to me yeah right Judge I wish but a good one will do for this situation do to whats been put on me dealing with the Technology at some point of time.

☆ I want help from the courts federal courts Judge? Because I don't know if I got cocked up with some kind of Technology on me or if it was put on

me Some How. Judge I Sued For ONE Billion Dollars Just For my Game Idea NOT the Game.

That's this case-ELH-15-1772 that wasn't Investigated by Judge Ellen, L, Hollander. Because She Just Stated that I am Delusional and Dismissed my Case.

Well Judge I am telling the truth Why Would I make any of this up Seeking Relief through the Federal Courts.

Well Here's Another Case Situation that I Had Having Judge Ellen L. Hollander again Montgomery. v. State of Maryland That Case Was Just a One Million Dollar Case I Believe. That the Judge Again Dismissed do to being Delusional.

Yes without any Clear Investigation as Well Just thinking that I am Crazy.

Page #3

Back to What I mean I took over the Technonlggy in my Brain and my Body.

* Judge think I am Crazy or not have me Evaluated #8-505 through #8-507? Because I am not Crazy.

The Technonlggy took over the world I put every thing in it Brain Reconation Body and DNA Reconation even Reconation finger peint like Body Scan ECT All.

I Stayed up seeing Hearing talking to things for those #3 Days playing that Game in my mind I took every thing in I even In Haled like I was In Haling Some thing.

Judge do to this technonlggy I have been Dealing with it now for Abou #12 years Day and Night Fuctrin Dealing with Being Mentally Frustrated Mentaly Distrubed Remember #12 years I didnt

not get locked up with a problem - mental Health problem as Bad as it's gotten to Be.

This Judge is why I ask you to open #2 of my Civil Complaints Back up that I Represented my self on.

☆ Judge I thought the Technology was some type of GAME Technology But the military Technology, But I don't know that was in the past.

But Today I am hearing that it's all kind of Technology Acting and Rapping ECT.

Yes I Hacked in To every thing in the world in my mind. well Brain and I controled the world of what ever it was do To what it Became by me Judge.

No to what ever the Technology is - I call it that took it over Animation Adventures I mean Taken the world over back in #2013.

page#4

The Burden of proof Light Shines in Darkness. Here Judge not only did I ask for the courts to Appoint me with a Attorney.

But see within that civil complaint I was seeking for some Help through the courts to court order that I Be Transported to the Hospital to get Brain scans - CT-scans to prove what I am complaining about is True.

Judge the State won't spend that money so please court ORDER it As soon As possible?

Due to the Technology from what I hear voices ect. That I am a camera my eyes can can turn in to cameras and I don't and haven't had any confidentiality OR privacy at all. Judge I put the Game under the ZTE Android #500 Cricket Phone

That I had back #2013 when I was Home. But I thought I'd put the Game under Android it happened.

I see what I was seeing some what now compared to before I still hear and talk to things.

☆ But Judge from what I Been hearing is I Been on Camera and Brain Scan ECT for these last Almost #12 Years having my Rights Being violated.

~~I want to~~ Say #8th Amendment cruel and unusual punishment

Judge when I close my eyes I see Green web type of technology and what looks like some one's eyes like as if the little Android in my head.

Its like if they were Right above me violating my Rights and acting as if its cool staying through voices your Camera and here and there state

page#5

That I Have Some Kind of Aggreement OR contract None at all.

Judge even through voices do to the Technonlgy they Sey I could work for Some one and make Controled Bregs cause what they See and my Eyes Becoming cameras.

Judge it's part of my Game IDEA I Trained my to Robot Human Andorid Everything in the World.

I Should be and Seek all the money in the world No Judge 9ther $50 Billion for #12 Years not having my privacy of confidentality.

It Seems like Every where I move to Either under me or over me theres people watching me.

NOW of Some Kind again I don't know But the Technonlgy Some one in here is Stating that there the owner of the Teechnonlgy and He has papes wrote Stating So.

But thats voices. Judge cause the voices are Really Real. But How could Any one have paper were on a Technolgy of the name I gave it.

Also it Happened every one in the world and thing is in it.

Judge people Experament with saying to them Eleer I got a copy of Daves Brain then say my Back up with Daves Brain no pain no Injuries

That should open you up to What I have on my Head Judge You should see things Hear things then you can talk to them.

As if it was a Transmitter Reciever Crazy But Real.

Judge From what I am under standing that what I can Remem Ber it can Be shown like Down loaded my Brain Like on a CD Rom That's got some thing to do with Brain Reconozation well do to me having every thing

page #6

in the world it hit. I said download my Brain. well do to what voices I am hearing the people that can see and are watching on the Other side can testify that they saw video me slipping and falling getting out the van Here 1-22-2026 me coming back from JGT getting my X-Ray done, Judge if there was a way I could show it then I'd have One Hundred Thousand Dollars

But again I haven't seen what the other people see.

But from what I am hearing I can Remember it I can show it Judge that's what the voices state.

Like I said as if they went Right up stairs from me.

Please Judge I ask you to give me a Emergency Hearing AND Do some Investigating to what these people see? I want to see what they see up stairs.

☆ But Judge I want my freedom first and fore most over All.

Dealing with the Technology I even have a Delusional feelings.

Judge please Help me find out what it is cause I didnt get Tricked up with these problems!.

Like I said I put every thing in the world in it. well in my mind I Hacked in to phone and Internet Companys then combining them all together = to the phone App[illegible] I had Running the Game.

☆ But Judge whos ever Technology it is there Responsible for me.

Just like the State of MARYLAND is Responsible for me so what the Hell is this Technology?

Some How Judge my Brain Has Connection with the Internet and phone cause I Hacked on with the phone I Sort of Them in my mind I can go to any

page#17

Log site. But back to the person I am hearing that has the paper work for Animation Academy well How can they when I sued all viewers site owner ever But it got Dismissed Do To Being Delusional.

This person must have paper work on something Else But yet Hes got Affidavits paper work.

But Judge theres got to be some Relief from this case Me Against State of Maryland I want my freedom and money.

But Judge I have close to #15 years in and #7 years #8 Months so I have very close to #22 years in towards #30 years through Circuit Court for Carroll County.

But I Heard people Be showing other people like a game my life on video some people is here to find out.

Like I stated I never signed any
Contract or have any aggreement
While people do what they do to
me while on this Technonlgy.
When you state give me a copy
of Daves Brain you say enter
Cause your on the Internet
every one in the world is on
this Technonlgy voice recaaiver
using your head is part of the
Delusional ways you would have
But Emagation is part of the
Delusional ways. Judge you would
have to Experiment it to Really
know.
Once you do that then you
would know that I should
be geiving a lot of money from
the state of maryland the max
that my commissary can have
Also the Rest of the money in
a Bank and my family to have.
But Judge I can go to work
in the Game and all and I have

page# 8

a copy plese of every thing in the world in this Technology Judge I am the main source I done wrote Donald Trump stating that I take Responsibility for every one in the world Because what happened to me I don't know some Type of medical Technology that been put on me when I was young or older I don't know Judge.

★ But yes I got Hit By a mack Truck when I was #9 years old. I have been pronounced Dead. But I am here Today. I have had a lot of Head Injuries. I now have plates and screws in the left side of my face plate surgery.

If I can Recall I signed paper work in Baltimore city [illegible] university of maryland to stay alive. Thats after I got the plates and screws in # 2008.

This was #2009 I was Beat with base ball bats. But #2008 was I was Hit with combination locks in sock socks.

Judge thats why I am seeking Help and Relief? Because I am not crazy.

But back to me stating that you can go to war with the Technology well you can Blow people up well what I call there Animation thats on your Human Body.

But thats why I called it Animation Adventures) New Creation Dealing with Android

I had even stated that I gotten copy Right seal in my mind about me having the Idea But yet it really happened.

Look as you Experiment you learn How to do things you'll be able to Train in to other people in your mind I've made people talk ECT.

Judge I done sent to the

page#9

I told you about this Technology in a #8 page letter about a Ring around the world and How I thought I could play with my self and think I was Really having Sex Personal through Technology through vital Records and through Body Recreation I would Say pull the person close and as if that persons Shadow would be put on your Body ECT.

But only me to a degree dont know about any thing else. Thats what I Experiment with. But I am sure if Two Guys Did it they could feel it.

But Judge its hard to Explain when you dont know EX what it is. Like I put liquid to Solid in it well like I said every thing in the world.

You could be on some one like a Shadow or even in Side and Hear the voices.

I put in it in case your Ammnation would be Interfered Heal care NO Harm NO Intentional Clean House ENTER

Thats like in your mind you could do what ever you wanted Shot people ECT and then say Clean House it Cleans up every thing as if nothing happened Broken Glass and all Cleaned up.

I put my Back up in the Game Because it backs up the Data like the Text messages phone Numbers ECT ell.

So if you said some thing it can be brought back up OR Jogs on me cause I am the main source

I would like to see the other End to what other people see.

But I suffer since "2015" do to what ever it took place.

But Before that do to whatever Technonlgy was put on me some Type that is crazy. Yes I am on mental Health and take medication now and have been for years.

page#10

But Remember every thing in the world A through Z Above Below and Round plus Infinity Amminatien AlwenTeas. com

You could even experiment and State down load Daves Brain in my Brain then Down load Your own Brain and When You State this Be near a computer or lapTop To See if it Really worked. But I don't Know might be to Delusional. But my Brain is Down loader to every computer and phone in the world in my mind it is But I don't Know How that would work out.

I can't Really See in the Telhonolgy much any more cause having the Androids in me and my EYES Shoting Bullets at people.

Judge I said I have a copy of every thing in the world Books Sex All AND every one in the world is in this Game. Yes

But there I made it this way by mistake it wasn't really ment to happen.

To explain like Hows where going to get on a CD OR Tape you have to have the Equiment Right.

well FROM what ever Technology was put on me before I got locked up 2013. Then Animation Adventers happened took over the world. I Take Responsibility cause what I had thought Really happened in my Brain.

I have some thing connected to where I have Internet services and phone through my Brain.

I Need every thing wire and wireless connection ect all. Now do to me puting my back up in it brings every thing back to where you put it. It might be only on my Brain. But having it Removed I don't think so. I thought

Page #11

not only did I Hack in to the phone and Internet company But yet I said in my mind I even had my own [illegible].

But in my Mind I Hacked in to NSA To Down load all the Data I put Satalites up in the Sky Even having my own Body Recongition in side our Self Defense Meeaizie.

I could do what ever I wanted to and to any one I dont have to See You. Because voice Carriers I could Blow Your Head off or Shot You in the Head I do So.

But Remember everything is in this So if I Saw You once then picture like virtuly Records I can Kill You that Easy. But All through out the Day I always Say my Backup No pain No Injurneys Clean House Enter That Heals You and the world. Judge I want

One Billion Just For the Game Idea.

I Ask that the Judge Really help me in this situation as soon as possible?

☆☆☆☆☆ I would like to be Released to my Brother's Custody on House Arrest do to the situation Respectfully Requested Because it's in my Brain Judge.

☆ Like I said Judge as if a Andorid was inside me. my Head with some one's Animation in that Andorid.

I thought to my self that I had to be burned to the Bone that it was this and that one's Technology then I took it over,

That's why I said some thing in my #8 page letter I had sent to the court Before Dealing with this and asking that the Attorney step in as soon as possible?

Page #12

Like I Requested please appoint me with a attorney and set me a Emergency Hearing Before the courts.

Please courts I want the courts to help me get paper work on the Game Animation Adventures stating that it's my Game.

There wasn't any Investigation done back when I Experiment all this Technology back in #2015 when Supervisor Mr. Webber Admitted me here to patient Inst.

I went through all the levels and completed the program. I went back to WCI in #2018 that's when I Believe Mr. Webber Became the warden to WCI.

But Judge Ellen L. Hollander had my case back then on Technology. I want the courts you Judge to set me a Emergency hearing do to this situation cause it's a

serious matter that needs to be addresst by the federal courts.

Because I am in custody of the State of Maryland through Circuit Court for Carroll County

I don't talk about this problem to any of my counselor's do to me being in the level program are through force.

I just know it's there and deal with it. I heard that I might have to be burned to the bone to try and have it removed.

★ If it was up to me I should have been home on house arrest with my brother in Carroll County please I ask the courts if its possible for me to be released through the federal courts so I can go have these test done the brain scan and cat scan of my brain. If not order for the

page#13

Division of correction's to Take me to the Hospital and Get That that Type of Treatment Then Seeking Judge.

I am not a flight Risk Judge. I've Requested for a Emergency Hearing through Circuit Court for Carroll County But the Judge and States Attorney Denied me do to the Brutal Nature of my Crime I took a Binding plea Deal and they told me that all Judges parties have to Aggree Denied.

For the Record Judge I am trying to over Turn my plea Deal as well But with out having a payed lawyer.

Judge let this situation be Burden of proof light shines on Darkness to open - Reopen my Criminal case up? I also Got Denied for my Reopen post Conviction so I wrote to Appeal that or to move forward with leave

to Appeal. The Relief What I am seeking is House ARREST with my family in OR put in a long therputic Drug Treatment program.

That way I can get the About *20 years Disiability given to me.

But Judge I am sure you understand what I am seeking an thats help? So please do so do to the federal court Being able to over Ride the state.

Please take this matter as a serious matter and take action today?

Remember if you will help please waive this case to have my situation ADDressed Before the courts by the Judge as soon as possible? The fees and court costs me suing the state of Maryland as well the county Carroll county Westminster Maryland Area.

page#14

Yes Judge courts clerk I want this matter to be Addressed and to get me Appointed a Attorney with the money Involved as soon as possible?

I'll even be Eligible for parole come #2028 I'll have #18 years in towards #30 years having Almost #8 years good time.

That will come to About #22 to #23 years I'll have in towards #30 years.

Well take all this Information and remember that I am seeking for help cause the Carroll County won't help me.

But it's cruel and unusual punishment #8th Amendment and #14th Amendment Due process clause.

The certificate of service over but every thing is True David Michael Montgomery

September 10 2026

Certificate of Service

I Here by sent my legal mail out through the money voucher in prison with postage on the letter on September. 10. 2026 #14 pages long

Courts Clerk
District Federal Courts
#101 W Lombard St
Baltimore MD 21043-4377

David Michael Montgomery
ID# 412797 SID# 2405284
#7888 Waterloo Road
Jessup MD 20794
C-2-6